```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 08061
   CHARLIE W SHELTON JR
   VENEICE R SHELTON                       CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2965      SSN XXX-XX-6020

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/08/2006 and was confirmed 11/09/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
CITIMORTGAGE                CURRENT MORTG        .00             .00           .00
CITIMORTGAGE                MORTGAGE ARRE     2200.98            .00        2200.98
ADVOCATE SO SUBURBAN HOP    UNSECURED        NOT FILED           .00           .00
CBUSA SEARS                 UNSECURED        NOT FILED           .00           .00
CBUSASEARS                  UNSECURED        NOT FILED           .00           .00
CCA/CREDITPAC               UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING     UNSECURED         2140.00            .00           .00
COLLEGIATE FUNDING SVC      UNSECURED        NOT FILED           .00           .00
COLLEGIATE FUNDING SVC      UNSECURED        NOT FILED           .00           .00
ASPIRE                      UNSECURED          658.95            .00           .00
EMERGENCY CARE HEALTH  O    UNSECURED        NOT FILED           .00           .00
FIGIS INC                   UNSECURED          184.79            .00           .00
HARRIS                      UNSECURED        NOT FILED           .00           .00
KCA FINANCIAL SERVICES      UNSECURED        NOT FILED           .00           .00
MIDNIGHT VELVET             UNSECURED        NOT FILED           .00           .00
MUTUAL HOSPITAL SERVICES    UNSECURED        NOT FILED           .00           .00
NICOR GAS                   UNSECURED         1485.99            .00           .00
PALISADES COLLECTION LLC    UNSECURED        NOT FILED           .00           .00
PALISADES COLLECTION LLC    UNSECURED        NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED           69.20            .00           .00
PROGRESSIVE ASSET MANAGE    UNSECURED             .00            .00           .00
ROBERT G MICHAELS & ASSO    UNSECURED        NOT FILED           .00           .00
SALLIE MAE LSCF             UNSECURED        NOT FILED           .00           .00
SALLIE MAE LSCF             UNSECURED        NOT FILED           .00           .00
SOUTHLAND BONE & JOINT I    UNSECURED        NOT FILED           .00           .00
SUBURBAN EMERGENCY PHYSI    UNSECURED        NOT FILED           .00           .00
WORLD FINANCIAL NETWORK     UNSECURED          103.45            .00           .00
WORLD FINANCIAL NETWORK     UNSECURED          246.60            .00           .00
WORLD FINANCIAL NETWORK     UNSECURED          242.40            .00           .00
ECMC                        UNSECURED        25842.03            .00           .00
ROUNDUP FUNDING LLC         UNSECURED          146.87            .00           .00
ISAC                        UNSECURED         3710.97            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 08061 CHARLIE W SHELTON JR & VENEICE R SHELTON
```

```
HUD                         CURRENT MORTG        .00                    .00                    .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     1,615.25                                       1,615.25
TOM VAUGHN                  TRUSTEE                                                          233.77
DEBTOR REFUND               REFUND                                                              .00
```

Summary of Receipts and Disbursements:

```
                                 RECEIPTS            DISBURSEMENTS

TRUSTEE                         4,050.00

PRIORITY                                                      .00
SECURED                                                  2,200.98
UNSECURED                                                     .00
ADMINISTRATIVE                                           1,615.25
TRUSTEE COMPENSATION                                       233.77
DEBTOR REFUND                                                 .00
                              ---------------       ---------------
TOTALS                          4,050.00                4,050.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
    Dated: 12/27/07              _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```